IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| YONG JUAN ZHAO, on behalf of her minor son, Steven Zhao,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 17-CV-454-NJR-GCS |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on August 22, 2019, judgment is entered in favor of Plaintiff Yong Juan Zhao and against Defendant United States of America in the amount of **$8,297,967.77**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff is awarded costs.

DATED: August 22, 2019

                                                      MARGARET M. ROBERTIE,
                                                      Clerk of Court

                                                      By: s/ *Deana Brinkley*
                                                              Deputy Clerk

**APPROVED:** s/ *Nancy J. Rosenstengel*
                        NANCY J. ROSENSTENGEL
                        Chief U.S. District Judge